■ In the Matter of JAMES JAVON H., a Person Alleged to be a Juvenile Delinquent, Appellant. [670 NYS2d 92] —Order of disposition, Family Court, New York County (Leah Marks, J.), entered on or about November 29, 1996, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree and resisting arrest, and placed him with the Division for Youth, in a limited secure facility for a period of 18 months, unanimously affirmed, without costs.

Appellant's suppression motion was properly denied. Probable cause to arrest existed based upon the observations of a police officer who stated that she observed appellant exchange a small object for money with an unknown person, and then converse with an alleged accomplice who made two drug transactions, and accept money from the accomplice immediately following the last sale (see, People v Jones, 90 NY2d 835). The totality of circumstances clearly established appellant's participation in the sales conducted by the alleged accomplice. Concur—Ellerin, J. P., Wallach, Rubin, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY RUIZ, Appellant. [670 NYS2d 93] —Judgment, Supreme Court, New York County (Alfred Kleiman, J., at jury trial; Harold Rothwax, J., at sentence), rendered March 8, 1995, convicting defendant of murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him, as second felony offender, to concurrent terms of 25 years to life and 6 to 12 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Issues concerning reliability of identification testimony were properly presented to the jury and we see no reason to disturb its findings (see, People v Gaimari, 176 NY 84, 94). Concur—Ellerin, J. P., Wallach, Andrias and Saxe, JJ.